B1 (Official Form 1) (4/13)    Case #: 2:14-bk-17406

## United States Bankruptcy Court
### WESTERN DISTRICT OF WASHINGTON

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle): <br> *LA Interiors Northwest LLC, a Corporation* | **Name of Joint Debtor** (Spouse)(Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): <br> *NONE* | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): *46-3943329* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): <br> *800 SW 34th Street Suite D* <br> *Renton, WA*     ZIPCODE *98057* | Street Address of Joint Debtor (No. & Street, City, and State):    ZIPCODE |
| County of Residence or of the Principal Place of Business: *King* | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> *SAME*    ZIPCODE | Mailing Address of Joint Debtor (if different from street address):    ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): *SAME*    ZIPCODE | |

**Type of Debtor** (Form of organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [x] Debts are primarily business debts.

**Chapter 15 Debtors**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter 11 Debtors:**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**    THIS SPACE IS FOR COURT USE ONLY
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> *LA Interiors Northwest LLC,* <br> *a Corporation* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years**    (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: <br> *NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**    (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> *Kenneth R. and Karen Lorenz* | Case Number: <br> *14-12159-MLB* | Date Filed: <br> *3/24/2014* |
| District: <br> *Western District of Washington at Seattle* | Relationship: | Judge: <br> *Marc L. Barreca* |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☒ Exhibit A is attached and made a part of this petition | **X**               *10/6/2014* <br> Signature of Attorney for Debtor(s)      Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **LA Interiors Northwest LLC, a Corporation** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X **/s/ Denice E. Moewes**
Signature of Attorney for Debtor(s)

**Denice E. Moewes 19464**
Printed Name of Attorney for Debtor(s)

**Wood & Jones, P.S.**
Firm Name

**303 N. 67th Street**
Address

**Seattle, WA  98103-5209**

**206-623-4382**
Telephone Number

**10/6/2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X _____

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Edmund J. Wood,**
Signature of Authorized Individual

**Edmund J. Wood,**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**10/6/2014**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
## SEATTLE DIVISION

In re *LA Interiors Northwest LLC,*
*a Corporation*

Case No. *2:14-bk-17406*
Chapter *7*

_____ / Debtor

Attorney for Debtor: *Denice E. Moewes*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *10/ 6/2014*

*/s/ Edmund J. Wood,*
Debtor

Accelerated Collection SVC Inc
1125 Harvey Road
Auburn, WA   98002-4219


Aldrich & Associates
810 240th St SE
Bothell, WA   98021


American Contractors Indemnity
Attn: Suzanne Baciocco-Acic
601 S Figueroa St #1600
Los Angeles, CA   90017


American Express Bank FSB
c/o Becket & Lee LLP
PO Box 3001
Malvern, PA   19355-0701


American Express Centurion Ban
c/o Becket & Lee LLP
PO Box 3001
Malvern, PA   19355-0701


Ames Taping Tools
PO Box 281017
Atlanta, GA   30384


Armada Corp.
PO Box 709
Wenatchee, WA   98807-0709


Asset Acceptance Capital Corp
PO Box 2036
Warren, MI   48090-2036


Asset Acceptance LLC
PO Box 1630
   40890

Bank of America
Bankruptcy NC4-105-03-14
PO Box 26012
Greensboro, NC  27420-6012


Bank of America
PO Box 982238
El Paso, TX  79998-2238


Bank of America NA
7105 Corporate Drive
Plano, TX  75024


Barklay Dean / Open Square
5601 6h Ave S #550
Seattle, WA  98108


Barnard Construction Company
701 Gold Ave
Bozeman, MT  59715


Barrier Motors
Attn: Legal Dept
1533 120th Ave NE
Bellevue, WA  98005


Berkley Regional Specialty Ins
Dept 3099
Los Angeles, CA  90084


BN Builders Inc
c/o David W. Schiffrin, Atty
66 S. Hanford St #300
Seattle, WA  98134


BN Builders Inc
2601 Fourth Ave #350
Seattle, WA  98121

Boeing Employee Credit Union
Bankruptcy Managment MS1056-1
PO Box 97050
Seattle, WA  98124-9750


Brandon R.R. Lorenz
27565 265th Ct SE
Ravensdale, WA  98051


Brownstein / Rask
1200 SW Main St
Portland, OR  97205


Capital One Bank
PO Box 30281
Salt Lake City, UT  84130-0281


Capital One Bank USA NA
PO Box 71083
Charlotte, NC  28272-1083


Carpenter's Trust of W Washing
Attn: Legal Dept.
PO Box 749706
Los Angeles, CA  90074


CBRE Richard Ellis
20415 72nd Ave S #210
Kent, WA  98032


Chase
PO Box 15298
Wilmington, DE  19850-5298


Comcast
PO Box 34744
Seattle, WA  98124-1744


Credit Collection Services
Two Wells Ave, Dept 9134
Newton Center, MA  02459-3225

Cross Key Capital
c/o Nold Muchinsky PLLC
10500 NE 8th St #930
Bellevue, WA  98004-1445


Delsio Da Silva Jr.
2609 177th St SE
Bothell, WA  98012-6613


Dennis Lee Burman
1103 9th Street
PO Box 1620
Marysville, WA  98270-1620


Diversified Consultant
10550 Deerwood Park Blvd
Jacksonville, FL  32256-0596


Drywall Recycling Service Inc.
PO Box 14190
Mill Creek, WA  98082


Emerick Construction Company
c/o Wiles Law Group LLC
510 SW 5th Ave, 6th floor
Portland, OR  97204


Enterprise Rent A Car
Attn: Legal Dept
PO Box 749764
Los Angeles, CA  90074


Equifax Information Services L
PO Box 740256
Atlanta, GA  30374-0256


Evergreen Hospital
12040 NE 128th St
Kirkland, WA  98034-3098

Evergreen Professional Recover
PO Box 666
Bothell, WA  98041


Experian
701 Experian Parkway
Allen, TX  75013-3715


Express Credit Union
1741 4th Ave S
Seattle, WA  98134-1514


Finishing Edge Concrete Constr
2920 State Street
Everett, WA  98201


First Quality Paint & Drywall
1900 SW Campus Dr #40-202
Federal Way, WA  98023


Ford Motor Credit Company LLC
PO Box 6275
Dearborn, MI  48121


Grand Wailea
Attn: Legal Dept
3850 Wailea Alanui Dr
Wailea, HI  96753


Gray Lumber Company
PO Box 7126
Tacoma, WA  98417


GTS Drywall Supply Co
c/o Danial D. Pharris
601 Union St #2600
Seattle, WA  98101


Harborview Medical Center
PO Box 34735
Seattle, WA  98124-1737

HCC Surety Group
601 S Figuerora St #1600
Los Angeles, CA   90017


Hertzog Travel
5611 196th St SW
Lynnwood, WA   98036


HILTI Inc
PO Box 382002
Pittsburgh, PA   15250


Hungry Buzzard Recovery LLC
PO Box 13528
Mill Creek, WA   98082


Inline Steel Fabrictors Inc.
c/o James A. Perkins
105 N Third Street
Yakima, WA   98901


Inslee Best Doezie & Ryder
PO Box 90016
Bellevue, WA   98009-9016


Internal Revenue Center
4800 Buford Hwy
PO Box 7346
Atlanta, GA   30341


Internal Revenue Center
Centralized Insolvency Center
PO Box 7346
Philadelphia, PA   19101-7346


Jean M McCall
c/o Kris Beason
18511 58th Ave NE
Kenmore, WA   98028

John R. Laris
Barraza Law PLLC
14245-F Ambaum Blvd SW
Seattle, WA  98166


Karen A. Lorenz
27565 265th Ct SE
Ravensdale, WA  98051


Kenneth R. Lorenz
27565 265th Ct SE
Ravensdale, WA  98051


LabCorp
PO Box 2240
Burlington, NC  27216-2240


Lake Washington Institute / Te
11605 132nd Ave NE
Kirkland, WA  98034-8506


LeSourd & Patten PS
2401 One Union Square
Seattle, WA  98101-4121


Levy Von Beck
600 University St #3300
Seattle, WA  98101


Lexus Financial Services (less
PO Box 105386
Atlanta, GA  30348


Luz Maria Rodriguez
2609 177th St SE
Bothell, WA  98012-6613


Makaili Lorenz
27565 265th Ct SE
Ravensdale, WA  98051

Marlin Medclr Inovision
507 Prudential Road
Horsham, PA  19044-2308


Master Stucco
1059 Whitman Ct NE
Renton, WA  98059


Matrix Anesthesia PS
3005 112th Ave NE #210
Bellevue, WA  98004-1445


Merchants Credit
2245 152nd Ave NE
Redmond, WA  98052


Midland Credit Management
agent for Asset Acceptance LLC
PO Box 2036
Warren, MI  48090


Mutual of Enumclaw Insurance
1460 Wells St
Enumclaw, WA  98022


Neighborcare Health
PO Box 3835
Seattle, WA  98124-3835


Northwest Grating Products
PO Box 50245
Bellevue, WA  98015


Northwest Ironworkers Trust
PO Box 34701
Seattle, WA  98124


Open Square
PO Box 45897
San Francisco, CA  94145-0897

Overlake Medical Center
901 Fifth Ave #3500
Seattle, WA  98164-2059


Pacific Heavy Haul Inc
c/o John T. Burke, Attorney
PO Box 336
Mount Vernon, WA  98273


PAPE Rents
PO Box 5077
Portland, OR  97208


Parkview Services
17544 Midvale Ave N. LL
Seattle, WA  98133-4921


PCI Scaffold
PO Box 872346
Kansas City, MO  64187


Platinum Rapid Funding Group L
c/o Scott R. Schneider
117 Broadway
Hicksville, NY  11801


PLE LLC
PO Box 72
Stanwood, WA  98292


Precision Masonry JBL LLC
29211 13th Pl S
Federal Way, WA  98003


Puget Sound Collections
PO Box 66995
Tacoma, WA  98464-6995


Puget Sound Physicians
1035 116th Ave NE
Bellevue, WA  98004-4604

Quality Fence Builders Inc
PO Box 854
Auburn, WA  98071


Ralph B. & Catherine P. Holtma
13807 S 18th St
Bellevue, NE  68123


Regional Disposal Company
PO Box 51057
Los Angeles, CA  90074


Renton Collections
PO Box 272
Renton, WA  98057-0272


Republic Service #172
PO Box 78829
Phoenix, AZ  85062


Sanchez Blackner & Company
Attn: Don Blackner
33305 1st Way S #107
Federal Way, WA  98003-6259


SeaTac Electric Inc.
c/o Katie J. Comstock
600 University Street #3300
Seattle, WA  98101


Sea-Tac Electrical Inc
7056 S 220th St
Kent, WA  98032


Seattle Seahawks
Director - Ticket Sales & Serv
12 Seahawks Way
Renton, WA  98056


Servpro of Renton
2700 Lind Ave SW #200
Renton, WA  98057

Sicklesteel Cranes Inc
c/o John T. Burke, Attorney
PO Box 336
Mount Vernon, WA  98273


Solterra Systems
3022 1st Ave S #800
Seattle, WA  98134


Standard Steel Fabricating Co.
8155 1st Ave S
Seattle, WA  98108


Star Rentals
PO Box 3875
Seattle, WA  98124


Star Technical Asset Recovery
PO Box 30897
Portland, OR  97230


State of Wa - Attorney General
Bankruptcy Unit - Zach Mosner
800 Fifth Ave #2000
Seattle, WA  98104-3188


Steeler Inc
10023 MLK Jr. Way S
Seattle, WA  98178


Strategic Funding Source Inc
1501 Broadway #360
New York, NY  10036


Stuart P Kastner
701 5th Ave #5500
Seattle, WA  98104


Subaru of Puyallup
Attn: Legal Dept
720 River Road
Puyallup, WA  98371

Sunbelt Rentals
PO Box 409211
Atlanta, GA  30384


THD/CBNA
PO Box 6497
Sioux Falls, SD  57117-6497


The Dennis Engineering Group
c/o Skellenger Bender
1301 5th Ave #3401
Seattle, WA  98101


The Everett Clinic
3901 Hoyt Ave
Everett, WA  98201-4988


The Supply Guy
PO Box 8007
Lacey, WA  98509


Toyota Motor Credit
3006 Northup Way Ste 300
Bellevue, WA  98004-1445


Toyota Motor Sales USA Inc
Attn: Legal Dept.
19001 S Western Ave
Torrance, CA  90509-2991


Transco Northwest Inc
PO Box 88002
Seattle, WA  98138


TransUnion
PO Box 2000
Crum Lynne, PA  19022-2000


U.S. Building Council
PO Box 404296
Atlanta, GA  30384

University Sports Publication
4616 25th Ave NE, Dept 767
Seattle, WA  98105


USAA Federal Savings Bank
c/o Weinstein Pinson & Riley
2001 Western Ave #400
Seattle, WA  98121-2300


VAR Group
360 RXR Plaza
Uniondale, NY  11556


Vincent O. Barraza
Barraza Law PLLC
14245-F Ambaum Blvd SW
Seattle, WA  98166


WA Department of Employment Se
Attn: Bankruptcy Unit
PO Box 34949
Seattle, WA  98124


WA Department of Labor & Indus
Bankruptcy Unit
PO Box 44171
Olympia, WA  98504-4171


WA Department of Revenue
Attn: Doug Houghton
2101 4th Ave #1400
Seattle, WA  98121-2300


WA Department of Revenue
Bankruptcy / Claims Unit
2101 4th Ave #1400
Seattle, WA  98121-2300


WA State Housing Finance Comm.
1000 2nd Ave #2700
Seattle, WA  98104-3601

```
WA State Housing Finance Commi
c/o McCarthy & Holthus LLP
108 1st Ave S #300
Seattle, WA  98104-2104


Walsh Construction
929 W Adams St
Chicago, IL  60607


William C. Earhart Co.
PO Box 4148
Portland, OR  97208


Williams & Fudge Inc
300 Chatham Ave #201
Rock Hill, SC  29730-5395


Yarmuth Wilsdon PLLC
818 Stewart St
Seattle, WA  98101


Yusen & Friedrich
215 NE 40th St #C-3
Seattle, WA  98105-6567
```